IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 1 1 2013
DAVID J. MALAND, CLERK
BY
DEPUTY_____

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | |
| | § | NO. 4:12CR181 |
| EDUARDO EFRAIN HUERTA (1) | § | Judge Schell |
| a.k.a. "Jesus Maya" | § | |
| a.k.a. "Eddie," a.k.a. "E" | § | |
| MARTIN SANCHEZ GARCIA (3) | § | |
| FELIX VILLEGAS (4) | § | |
| LUCIANO VILLEGAS (5) | § | |
| MARIA DELSOCORRO RENTARIA (6) | § | |
| JENNIFER LEIGH HENNINGTON (8) | § | |
| MICKEY TRENT REED (10) | § | |
| REGINA MAE BUSBY (11) | § | |
| JAVIER RUELAS (13) | § | |
| TODD ALLEN HAMMER (14) | § | |
| KEVIN VANDERGIESSEN (16) | § | |
| STEVEN ONEAL SHEPHERD, JR. (21) | § | |
| a.k.a. "Cowboy" | § | |
| KELLEY WAYNE HEWITT (22) | § | |
| GRADY LEE VOLLINTINE (24) | § | |
| JASON DALE JACOBS (25) | § | |
| JAMES BRIAN HUMPHREY (27) | § | |
| JAMES DENNIS SLOAN (29) | § | |
| JANICE WELLS SLOAN (30) | § | |
| ALEJANDRO LEAL (32) | § | |
| a.k.a. "Big Body" | § | |
| CARLOS PEREZ(33) | § | |
| a.k.a. "Pollo" | § | |
| JOSE PINALES (34) | § | |
| a.k.a. "Joey" | § | |
| ERIC SAAYBE (35) | § | |
| a.k.a. "Big Easy", a.k.a. "Big E" | § | |

## SECOND SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

## Count One

> Violation: 21 U.S.C. § 846 (Conspiracy to
> Distribute and Possess with intent to
> Distribute Methamphetamine and Marijuana)

From in or about 2010, the exact date unknown to the Grand Jury, and continuing thereafter up to and including the date of the filing of this Second Superseding Indictment, in the Eastern District of Texas and elsewhere, **Eduardo Efrain Huerta, a.k.a. "Jesus Maya," a.k.a. "Eddie," a.k.a. "E," Martin Sanchez Garcia, Felix Villegas, Luciano Villegas, Maria Delsocorro Renteria, Jennifer Leigh Hennington, Mickey Trent Reed, Regina Mae Busby, Javier Ruelas, Todd Allen Hammer, Kevin Vandergiessen, Scott Allen Collinsworth, Steven Oneal Shepherd, Jr., a.k.a. "Cowboy," Kelley Wayne, Hewitt, Grady Lee Vollintine, James Brian Humphrey, James Dennis Sloan, Janice Wells Sloan, Alejandro Leal, a.k.a. "Big Body," Carlos Perez, a.k.a. "Pollo," Jose Pinales, a.k.a. "Joey,", and Eric Saaybe, a.k.a. "Big Easy", a.k.a. "Big E",** defendants, did knowingly and intentionally conspire and agree with each other and with others persons known and unknown to the Grand Jury to distribute and possess with intent to distribute 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine and/or 50 grams or more of actual methamphetamine, and 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Two

Violation: 18 U.S.C. § 924(c)(1) (Use, Carrying or Possession of a Firearm During, in Relation to, and in furtherance of a Drug Trafficking Crime)

On or about September 5, 2011, in the Northern District of Texas, defendant **Jason Dale Jacobs** did knowingly use, carry, and possess a firearm, that is: One Browning .25 caliber handgun, bearing serial number 343653, during, in relation to, and in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, as alleged in Count One, in violation of 18 U.S.C. § 924(c)(1).

## Count Three

Violation: 18 U.S.C. § 924(c)(1) (Use, Carrying or Possession of a Firearm During, in Relation to, and in furtherance of a Drug Trafficking Crime)

On or about October 5, 2011, in the Northern District of Texas, defendant **Javier Ruelas** did knowingly use, carry and possess firearms, that is: One Beretta Model 960BS .25 caliber handgun, bearing serial number BR93242V; one Jennings 9mm handgun, bearing serial number 1385069, and one Panther Arms .556mm A15 rifle, bearing serial number FH1045; during, in relation to, and in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, as alleged in Count One, in violation of 18 U.S.C. § 924(c)(1).

## Count Four

> Violation: 18 U.S.C. § 924(c)(1) (Use, Carrying or Possession of a Firearm During, in Relation to, and in furtherance of a Drug Trafficking Crime)

On or about April 5, 2012, in the Eastern District of Texas, defendant **Mickey Trent Reed** did knowingly use, carry, and possess a firearm, that is: One Hi Point 9mm Carbine rifle, bearing serial number E23535, during, in relation to, and in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846, as alleged in Count One, in violation of 18 U.S.C. § 924(c)(1).

## Count Five

> Violation: 18 U.S.C. § 924(c)(1) (Use, Carrying or Possession of a Firearm During, in Relation to, and in furtherance of a Drug Trafficking Crime)

On or about May 25, 2012, in the Northern District of Texas, defendant **Steven Oneal Shepherd, Jr., a.k.a. "Cowboy,"** did knowingly use, carry, and possess firearms, that is: One Winchester 12 gauge 1300 shotgun, bearing serial number L3377180; one Ruger M77 Mark II .270 rifle, bearing serial number 782-80565; one Marlin Model 781 .22 caliber handgun, bearing serial number 18676828; and one Mossberg Model 500A 12 gauge shotgun, bearing serial number L806439; during, in relation to, and in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, as alleged in Count One, in violation of 18 U.S.C. § 924(c)(1).

## Count Six

Violation: 18 U.S.C. § 924(c)(1) (Use, Carrying or Possession of a Firearm During, in Relation to and in furtherance of a Drug Trafficking Crime)

On or about May 18, 2012, in the Northern District of Texas, defendant **Regina Mae Busby** did knowingly use, carry, and possess a firearm, that is: One Kel Tek .380 handgun, bearing serial number HN829, during, in relation to, and in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846, as alleged in Count One, in violation of 18 U.S.C. § 924(c)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this Second Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. §§ 924(d) and 3665, and 21 U.S.C. §853, any and all property involved in or traceable to property involved in the offense, or constituting or derived from proceeds the defendants obtained directly or indirectly as a result of the foregoing offense, including but not limited to the following:

Firearms

1. One Browning .25 caliber handgun, bearing serial number 343653;
2. One Beretta Model 960BS .25 caliber handgun, bearing serial number BR93242V;
3. One Jennings 9mm handgun, bearing serial number 1385069;
4. One Panther Arms .556mm A15 rifle, bearing serial number FH1045;
5. One Hi Point 9mm Carbine rifle, bearing serial number E23535;
6. One Winchester 12 gauge 1300 shotgun, bearing serial number L3377180;
7. One Ruger M77 Mark II .270 rifle, bearing serial number 782-80565;
8. One Marlin Model 781 .22 caliber handgun, bearing serial number 18676828;
9. One Mossberg Model 500A 12 gauge shotgun, bearing serial number L806439;
10. One Kel Tek .380 handgun, bearing serial number HN829; and
11. Any and all ammunition related to the foregoing firearms.

Real property

1. 414 Prichett Road, Red Oak, Texas 75154, which is described as being a part of that certain 10 acre tract of land in the Alex Younger survey, Abst. No. 1197, Ellis County, Texas, as conveyed to Lawrence R. Taylor, ET UX, by Hugh McDaniel and Vernon W. Thames in a deed filed for record in Volume 591, Page 871, Deed Records, Ellis County.

Substitute assets

1. If any property subject to forfeiture, as a result of any act or omission by the defendant (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendant shall forfeit to the United States any other property of the defendant up to the value of the forfeitable property.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____     _4/18/13_____
Maureen C. Smith                            Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | NO. 4:12CR181 |
| EDUARDO EFRAIN HUERTA (1) | § | Judge Schell |
| a.k.a. "Jesus Maya" | § | |
| a.k.a. "Eddie," a.k.a. "E" | § | |
| MARTIN SANCHEZ GARCIA (3) | § | |
| FELIX VILLEGAS (4) | § | |
| LUCIANO VILLEGAS (5) | § | |
| MARIA DELSOCORRO RENTARIA (6) | § | |
| JENNIFER LEIGH HENNINGTON (8) | § | |
| MICKEY TRENT REED (10) | § | |
| REGINA MAE BUSBY (11) | § | |
| JAVIER RUELAS (13) | § | |
| TODD ALLEN HAMMER (14) | § | |
| KEVIN VANDERGIESSEN (16) | § | |
| STEVEN ONEAL SHEPHERD, JR. (21) | § | |
| a.k.a. "Cowboy" | § | |
| KELLEY WAYNE HEWITT (22) | § | |
| GRADY LEE VOLLINTINE (24) | § | |
| JAMES BRIAN HUMPHREY (27) | § | |
| JAMES DENNIS SLOAN (29) | § | |
| JANICE WELLS SLOAN (30) | § | |
| ALEJANDRO LEAL (32) | § | |
| a.k.a. "Big Body" | § | |
| CARLOS PEREZ(33) | § | |
| a.k.a. "Pollo" | § | |
| JOSE PINALES (34) | § | |
| a.k.a. "Joey" | § | |
| ERIC SAAYBE (35) | § | |
| a.k.a. "Big Easy", a.k.a. "Big E" | § | |

**NOTICE OF PENALTY**

**Count One**

Violation:   21 U.S.C. § 846

Penalty:   If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine– not less than 10

years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least 5 years;

If 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana--not less than five years and not more than 40 years imprisonment, a fine not to exceed $5 million, or both; supervised release of at least 4 years.

Special Assessment: $100.00

## Counts Two through Six

Violations: 18 U.S.C. § 924(c)(1)

Penalty: For each count, imprisonment for a term of not less than 5 years which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000; supervised release of not more than 3 years.

Special Assessment: For each count, $100.00