ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DEC 17 2014
BY DAVID J. MALAND, CLERK
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ' | |
| v. | ' | CAUSE NO. 4:12CR181 |
| | ' | (Judge Schell) |
| CARLOS PEREZ (33) a.k.a. "Pollo" | ' | |

## STATEMENT OF FACTS

The defendant, **Carlos Perez**, hereby stipulates and agrees that at all times relevant to the Second Superseding Indictment herein, the following facts were true:

1. That the defendant **Carlos Perez**, who is changing his plea to guilty, is the same person charged in the Second Superseding Indictment.

2. That the events described in the Second Superseding Indictment occurred in the Eastern District of Texas and elsewhere.

3. That **Carlos Perez** and one or more other persons in some way or manner made an agreement to commit the crime charged in the Second Superseding Indictment; to knowingly and intentionally distribute and possess with the intent to distribute and dispense methamphetamine.

4. That **Carlos Perez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

5. That **Carlos Perez** knowingly and intentionally joined in the agreement with the intent to further it and committed the following acts, among others:

   a. On or about September 27, 2012, **Carlos Perez** distributed approximately four ounces of a mixture or substance containing a detectable amount of methamphetamine to a cooperating source;

b. In or about the summer of 2012, **Carlos Perez** supplied a cooperating source with approximately 10 ounces of methamphetamine on three occasions in a parking lot in Dallas, Texas.

c. Throughout the course of the conspiracy, **Carlos Perez** distributed at least 500 grams of a mixture or substance containing a detectable amount of methamphetamine.

DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this Statement of Facts and the Second Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this Statement of Facts and agree without reservation that it accurately describes the events and my acts.

Dated: 11/24/14

CARLOS PEREZ
Defendant


COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

10. I have read this Statement of Facts and the Second Superseding Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Statement of Facts and the Second Superseding Indictment.

Dated: 11/24/14

FRANK PEREZ
Attorney for the Defendant